UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA GUERRERO,

    Plaintiff,

v.                                                  Case No.: 8:11-cv-1943-T-MAP

MICHAEL J. ASTRUE, as Commissioner
of the Social Security Administration,

    Defendant.
_____/

**<u>ORDER</u>**

This cause is before the Court for consideration of Defendant's motion for entry of judgment with remand (doc. 24) pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), which incorporates the § 405(g) review.[1] The Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the motion, it is

ORDERED:

1.     The Commissioner's motion for entry of judgment with remand (doc. 31) is granted. The case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g).

2.     The Clerk is directed to enter judgment for the Plaintiff and to administratively close the case.

---

[1] The parties have consented to proceed before me pursuant to 28 U.S.C.§ 636 (c). *See* doc 14.

IT IS SO ORDERED at Tampa, Florida on June 15, 2012.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record

2